Angela M. Alioto (SBN 130328)
Steven L. Robinson (SBN 116146)
Angela Veronese (SBN 269942)
LAW OFFICES OF JOSEPH L. ALIOTO
AND ANGELA ALIOTO
700 Montgomery Street
San Francisco, California 94111-2104
Telephone:       (415) 434 8700
Facsimile:       (415) 438-4638
Email: srobinson@aliotolawoffice.com
Email: amv@aliotolawoffice.com

Attorneys for Plaintiff
DARLENE DAEVU

Gina M. Roccanova  (SBN 201594)
Conor J. Dale  (SBN 274123)
Jessica Schafer  (SBN 297856)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California  94111
Telephone:    (415) 394-9400
Facsimile:    (415) 394-9401
E-mail:  gina.roccanova@jacksonlewis.com
         conor.dale@jacksonlewis.com
         jessica.schafer@jacksonlewis.com

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE DAEVU,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY & COUNTY OF SAN FRANCISCO,<br><br>            Defendant. | Case No.  4:21-cv-02936-JST<br><br>JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CP. 41 (a)(1)(A)(ii) AND ORDER |

- 1 -

Pursuant to F.R.C.P. 41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action be dismissed with prejudice as to all parties; each party to bear its own attorneys' fees and costs. This stipulation is made as the matter has been resolved.

Dated:   August 14, 2023                    LAW OFFICES OF MAYOR JOSEPH L. ALIOTO
                                                                         & ANGELA ALIOTO

                                                                         By:  */s/ Angela M. Veronese*
                                                                         Angela M. Alioto
                                                                         Angela M. Veronese
                                                                         Attorney for Plaintiff
                                                                         DARLENE DAEVU

Dated:    August 14, 2023

                                                                        JACKSON LEWIS P.C.

                                                     By:  */s/Conor J. Dale*
                                                    Gina M. Roccanova
                                                    Conor J. Dale
                                                    Jessica Schafer
                                                    Attorneys for Defendant
                                                    CITY AND COUNTY OF SAN FRANCISO

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

Pursuant to Northern District of California Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories to this document.

Dated: August 14, 2023                    */s/ Conor J. Dale*
                                                                    Conor J. Dale

# ORDER

The Court, upon consideration of the parties' Joint Stipulation and [Proposed] Order to dismiss, grants the parties' request and dismisses the action with prejudice, all parties to bear their own fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   August 14, 2023

_____
Hon. Jon S. Tigar
United States District Judge

4888-6276-0567, v. 1